| | |
|---|---|
| BURKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMC PROPERTY AND CASUALTY COMPANY, <br><br> Defendant. | NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. § 1446, Defendant EMC Property and Casualty Company ("Defendant") removes this matter to the U.S. District Court for the Western District of North Carolina.

## GROUNDS FOR REMOVAL

1. Defendant is a party to a civil action in the Burke County Superior Court entitled, "*Burke, Inc. v. EMC Property and Casualty Company*," Case No. 25CV003022-110, which was commenced by the filing of the underlying state-court Summons and Complaint on December 17, 2025.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant are attached as **Exhibit 1** and **Exhibit 2**.

3. This petition for removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date on which Defendants first received the Summons and Complaint on January 20, 2026. (*See* **Exhibit 3**, January 21, 2026 Affidavit of Service).[1]

---

[1] The state-court docket also contains a December 30, 2025 Affidavit of Service representing that Defendant was served via the North Carolina Department of Insurance (DOI) on December 19,

4. Plaintiff is a domestic North Carolina corporation with a principal place of business in Burke County, North Carolina. (*See* **Exhibit 1**, Complaint, ¶ 1).

5. Defendant is a foreign company incorporated in Iowa with a principal place of business in Iowa.

6. Therefore, the citizenship of the parties is fully and completely diverse.

7. Further, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. This matter involves an insurance coverage dispute in which Plaintiff alleges that it spent over $130,000.00 repairing certain damage that it believes is a covered loss. (*See* Complaint, ¶ 15). Plaintiff explicitly alleges, "As a direct result of the Defendant's breach of contract, the Plaintiff has suffered damages in an amount in excess of $130,000.00." (*See id.* at ¶ 18). Thus, the amount in controversy requirement is met.

8. The U.S. District Court for the Western District of North Carolina has original subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship among all of the properly joined parties, and the amount in controversy in this civil action, exclusive of interest and costs, exceeds the sum of $75,000.00.

9. Defendant submits this Notice of Removal without waiving any defense to the claims asserted by Plaintiff and without conceding that Plaintiff has pleaded claims upon which relief can be granted. Defendant specifically reserves the right to assert, if applicable, any and all defenses enumerated under Federal Rule of Civil Procedure 12 or any other affirmative defenses, including those enumerated under Federal Rule of Civil Procedure 8(c), upon the filing of its responsive pleadings within the time allotted under the Federal Rules.

---

2025. (*See* **Exhibit 4**, December 30, 2025 Affidavit of Service). However, counsel for Plaintiff has since confirmed that although service was attempted via the DOI, the DOI ultimately returned the papers to Plaintiff unserved. Defendant also notes that there is no letter confirming service from the DOI included with the December 30, 2025 Affidavit of Service. (*See id.*).

**CONCLUSION**

Defendant respectfully requests that the above-referenced case now pending against it in the Burke County Superior Court be removed to this Court.

Respectfully Submitted,

February 19, 2026

*/s/ Emily E. Seaton*
James M. Dedman, IV (N.C. Bar No. 37415)
Emily E. Seaton (N.C. Bar No. 55392)
GALLIVAN, WHITE & BOYD, P.A.
6805 Carnegie Blvd., Suite 200
Charlotte, NC 28210
704-552-1712
jdedman@gwblawfirm.com
eseaton@gwblawfirm.com

*Attorneys for Defendant EMC Property and Casualty Company*